# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GARY R. TATE

NO. 2024 KW 0541

**AUGUST 12, 2024**

---

In Re:     Gary R. Tate, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 47096.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.** The district court did not abuse its discretion in dismissing the application for postconviction relief. The defendant failed to establish that relief should be granted. See La. Code Crim. P. art. 930.2 & La. Code Crim. P. art. 930.3(1).

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT